UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                      No. 18CR905-LTS

DARREN HINGYEE LI (3)

        Defendant(s).
-------------------------------------------------------------X

## ORDER

The hearing is scheduled for **Thursday, December 5, 2019, at 2:00 p.m.** in Courtroom 17C.

Dated: New York, New York
         November 22, 2019

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge