**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-2019

December 4, 2019

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States* v. *Darren Li*, S2 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the change of plea hearing currently scheduled for December 5, 2019. The reason for this request is that the parties are engaged in ongoing discussions regarding a pretrial disposition of this matter. A conference in this case is currently scheduled for December 17, 2019, at 3:30 p.m. Accordingly, the Government requests that the parties next appear in Court at that time. To the extent the parties are in a position to schedule a change of plea hearing before then, the parties will promptly contact the Court. Finally, the Court previously excluded time under the Speedy Trial Act until December 17, 2019. (Dkt. No. 86).

*The change of plea hearing is adjourned sine die.*
*DE #94 resolved.*

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

By: *Alexandra Rothman*
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

SO ORDERED:
_____ 12/5/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: Edgar Fankbonner, Esq. (by ECF)