**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-2019

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Darren Li*, S2 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to respectfully request that a change of plea hearing be scheduled for December 17, 2019, at 3:30 p.m. The Government has spoken with your Honor's law clerk and understands that the Court is available at that time.

The request is granted.

Respectfully submitted,

GEOFFREY BERMAN
United States Attorney

**SO ORDERED:**

/s/ Laura Taylor Swain  12/17/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

By: /s/ Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: Edgar Fankbonner, Esq. (by ECF)