U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 2, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

Re:   *United States* v. *Darren Hingyee Li*, 18 Cr. 905 (LTS)

Dear Judge Swain:

     The parties in the above-captioned matter respectfully request that the sentencing scheduled for July 15, 2020 at 11:00 a.m. be adjourned until a date in October 2020 that is convenient for the Court. The parties understand that due to the COVID-19 pandemic, an in-person sentencing cannot be conducted at this time. Adjourning the sentencing until October 2020 will hopefully allow the situation to improve such that the sentencing can be conducted in person.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/Elizabeth A. Espinosa
     Elizabeth A. Espinosa
     Assistant United States Attorney
     (212) 637-2216

The sentencing is adjourned to October 20, 2020, at 2:00 p.m. and the related deadlines are modified accordingly. Counsel must contact Chambers by October 5, 2020, to ascertain whether an in-person proceeding can be held. DE# 146 resolved.
SO ORDERED.
7/6/2020
/s/ Laura Taylor Swain, USDJ