UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                        No.  18-CR-905-LTS

DARREN HINGYEE LI,                                     ORDER

        Defendant.

-------------------------------------------------------x

        The sentencing hearing in this case is scheduled to proceed on December 1, 2021, at 2:30 p.m. in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
      November 16, 2021                      LAURA TAYLOR SWAIN
                                                              Chief United States District Judge