# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588

PAUL A. GOLDBERGER*  E-MAIL: GND401@AOL.COM
LAWRENCE A. DUBIN*§  www.goldbergerdubin.com  * MEMBER OF NY BAR
EDGAR L. FANKBONNER *  § MEMBER OF NJ BAR

November 6, 2023

<u>VIA ECF</u>

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *U.S. v. Darren Hingyee Li*
      *Ind. No. 18 Cr. 905 (LTS)*

Your Honor:

Please be advised that our firm represents Mr. Li in the above-referenced matter.

Mr. Li was sentenced on December 1, 2021 to 24 months imprisonment and one-year supervised release.

Mr. Li is now on supervised release. He would like to retrieve his passport. In order to do so, Pretrial Services must have an Order from the Court allowing Pretrial Services to release the passport to Mr. Li.

Probation Officer Brittany Valentine has no objection to this request.

Therefore I most respectfully request that the Court enter an Order allowing and directing Pretrial Services to return the passport to Mr. Li. I have included a proposed Order.

Thank you for your consideration regarding this matter.

Respectfully submitted,

/s/Paul A. Goldberger
Paul A. Goldberger, Esq.

The foregoing request is granted. The Office of
Pretrial Services is respectfully directed to return
Mr. Li's passport. DE 257 is resolved.
SO ORDERED.
December 18, 2023
/s/ Laura Taylor Swain, Chief USDJ